```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                                                  Case No. 05-cr-66-PB

<u>Shelly Maynard</u>

### O R D E R

The defendant has moved to continue the July 6, 2005 trial in the above case. Defendant cites the need for additional time to complete a residential substance abuse program and pursue a possible non-trial disposition. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 6, 2005 to November 4, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 27, 2005 final pretrial conference is continued until October 17, 2005 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 6, 2005

cc:  Jeffrey S. Levin, Esq.
     Helen Fitzgibbon, AUSA
     United States Probation
     United States Marshal