**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                        Criminal No. 05-cr-066-01-PB

Shelly Maynard

**O R D E R**

    Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148. She admitted to having used crack cocaine after being clean for three months. She also admitted to missing a cell-in. Probation maintains that she missed a urine drop, a number of cell-ins and refused proffered drug treatment programs. She left Serenity House twice. Her desire for treatment at this point appears to be a last minute effort to avoid bail revocation. Given the number of failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions. The conditions of release are revoked.

    Accordingly, it is **ORDERED** that the defendant be detained pending trial.

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                        _/s/ James R. Muirhead_
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: August 16, 2005

cc:   Helen Fitzgibbon, AUSA
       Jeffrey S. Levin, Esq.
       U.S. Marshal
       U.S. Probation